No. 172. DUNCAN *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 173. BANKS *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 174. WILKIE *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Winnebago County, Illinois, denied.

No. 175. PITTS *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 179. JENKOT *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 181. FEDORA ET AL. *v.* ILLINOIS. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Bryan Purteet* for petitioners.

No. 191. MARR *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.